AMERICAN TELEPHONE AND TELE-GRAPH COMPANY, a New York Corporation, Plaintiff-Appellee,

v.

DELTA COMMUNICATIONS CORPORA-TION, a Mississippi Corporation, Defendant and Counter-Claimant-Appellant,

v.

AMERICAN TELEPHONE & TELE-GRAPH COMPANY, CBS, Inc., American Broadcasting Companies, Inc., National Broadcasting Company, Inc., and Southern Television Corporation, Counter-Defendants-Appellees.

No. 76–2095.

United States Court of Appeals, Fifth Circuit.

Sept. 11, 1978.

Richard E. Wilbourn, Meridian, Miss., John C. Dawson, Robbin R. Dawson, A. A. White, Houston, Tex., for Delta Communications.

Alex A. Alston, Jr., Jackson, Miss., James H. Kelley and James R. Loftis, III, William R. Robertson, Washington, D. C., for American Broadcasting Companies, Inc.

E. L. Brunini, Jackson, Miss., Phillip M. Hammett, Peter S. Greenberg, Philadelphia, Pa., for National Broadcasting Co.

Sherwood W. Wise, Thomas G. Lilly, Jackson, Miss., Timothy B. Dyk, James Robertson, Ronald J. Greene, Washington, D. C., for CBS, Inc.

George H. Butler, Lawrence J. Franck, Jackson, Miss., O. Winston Cameron, Meridian, Miss., Guerry R. Thornton, Altanta, Ga., John P. Fons, New York City, Alfred G. Walton, Bedminster, N. J., for American Tel. & Tel. Co.

Walter W. Eppes, Jr., Paul M. Neville, Meridian, Miss., for Southern Tel. Corp.

Before GEE, FAY and VANCE, Circuit Judges.

PER CURIAM:

Upon a careful consideration of the record, briefs and oral arguments in this complex and difficult cause, we conclude that the opinion [1] and judgment of the district court are in every respect correct. We adopt that opinion as our own. For the reasons stated in it, the judgment below is

AFFIRMED.

---

1.  Reported at 408 F.Supp. 1075 (1976).